UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| **AMANDA CESARE and STACY BUFFHAM,**<br><br>　　　　　　　Plaintiffs,<br><br>-against-<br><br>**PACT MSO, LLC,**<br><br>　　　　　　　Defendant. | Case No.: 3:23-cv-00253-(VDO)<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE PURSUANT TO F.R.C.P. 41 (a)(1)(A)(ii)**<br><br><br>JULY 16, 2024 |

**IT IS HEREBY STIPULATED** and agreed by, and between the undersigned attorneys for the parties, that Plaintiffs' Complaint and any and all claims that were asserted in this action are hereby dismissed in their entirety, with prejudice, without costs to either party.

Dated: July 16, 2024

/s/ Christopher J. Berlingieri, Esq.
Christopher J. Berlingieri, Esq.(ct30335)
BERLINGIERI LAW, PLLC
244 Fifth Avenue, Suite F276
New York, NY  10001
347.766.5185
cjb@nyctlaw.com
*Counsel for Plaintiff*

/s/ Michael C. Harrington
Michael C. Harrington (ct17140)
FordHarrison, LLP
CityPlace II
185 Asylum Street, Suite 820
Hartford, CT 0610
mharrington@fordharrison.com
*Counsel for Defendant*